January 8, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

MATTHEW D. WIGGINS, JR. AND D.L. HAMMAKER, Appellants

NO. 14-12-00710-CV                                    V.

AMELIA V. KELLY, Appellee

_____

Today the Court heard appellants' motion to dismiss the appeal from the judgment signed by the court below on June 22, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellants, Matthew D. Wiggins, Jr. and D.L. Hammaker, jointly and severally.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.